

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

March 10, 2021

BY ECF

Honorable Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

           Re:  Ginette Cardona v. Comm'r of Soc. Sec.
                20 Civ. 10323 (RA)

Dear Judge Abrams:

      This office represents the defendant Commissioner of Social Security in the above-referenced case.  Pursuant to the schedule in this case, the administrative record is due on March 15, 2021.  We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until May 14, 2021.  The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic.  No prior adjournment has been requested in this matter.  We appreciate the Court's consideration of this request.

                                        Respectfully,

                                        AUDREY STRAUSS
Application granted.                   United States Attorney
SO ORDERED.

                      By:        s/ *Susan D. Baird*
                                     SUSAN D. BAIRD
_____                   Assistant United States Attorney
Ronnie Abrams, U.S.D.J.               tel. (212) 637-2713
March 11, 2021                            Susan.Baird@usdoj.gov

cc:  John W. DeHaan, Esq.