

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

May 10, 2021

BY ECF

Honorable Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

                Re:  Ginette Cardona v. Comm'r of Soc. Sec.
                     20 Civ. 10323 (RA)

Dear Judge Abrams:

      Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on May 14, 2021.  We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until July 13, 2021.  The reason for this request is that as a result of the pandemic, the Social Security Administration has had to redesign its business process to produce records remotely, and is also faced with the challenge of a significant increase in the number of new cases filed.  One prior adjournment has been granted in this case.  We appreciate the Court's consideration of this request.

                                    Respectfully,

Application granted.
SO ORDERED.
                                      AUDREY STRAUSS
                                      United States Attorney

*[signature]*

                        By:        s/  *Susan D. Baird*
_____                            SUSAN D. BAIRD
Ronnie Abrams, U.S.D.J.               Assistant United States Attorney
May 11, 2021                               tel. (212) 637-2713
                                              Susan.Baird@usdoj.gov

     cc: John W. DeHaan, Esq.