

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

January 7, 2022

BY ECF

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

        Re:  Ginette Cardona v. Comm'r of Soc. Sec.
            20 Civ. 10323 (RA) (SLC)

Dear Judge Cave:

      Pursuant to the schedule in the above-referenced Social Security case, the government's brief is due January 11, 2022.  We write respectfully to request, with the consent of plaintiff's counsel, that the remaining briefing schedule in this case be adjourned for 60 days, with the government's brief to be filed by March 14, 2022, and plaintiff's reply, if any, to be filed by April 4, 2022.  The reason for this request is the dramatic increase in the number of Social Security cases filed, resulting in 20 briefs due on the calendar of the undersigned between now and March 14, 2022.  The government has not previously requested an adjournment of the briefing schedule, although two adjournments of the time to file the record were granted.  We appreciate the Court's consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

      s/  *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc:  John W. DeHaan, Esq.

---

The Commissioner's letter-motion for an extension of the social security briefing schedule (ECF No. 23) is GRANTED, and the proposed briefing schedule is ADOPTED.

The Clerk of Court is respectfully directed to close ECF No. 23.

SO ORDERED 1/10/2022

*[signature]*
SARAH L. CAVE
United States Magistrate Judge