**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
GINETTE COTTO CARDONA,

                           Plaintiff,                20 **CIVIL** 10323 (RA)(SLC)

     -v-                                    **<u>JUDGMENT</u>**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
---------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated May 27, 2022, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
       May 27, 2022

                                 **RUBY J. KRAJICK**

                                 **Clerk of Court**

**BY:**               K. Mango

                               **Deputy Clerk**